FORM TO BE USED BY A PRISONER FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

SEP 2 6 2024

ARTHUR JOHNSTON
BY_____ DEPUTY

Dickerson          232596
(Last Name)        (Identification Number)

Justin             Dewayne
(First Name)       (Middle Name)

Wilkinson County Correctional Facility
(Institution)

post office box 1889 - woodville, ms 39669
(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

V.          CIVIL ACTION NUMBER: **3:24-cv-583-HTW-LGI**
                                  (to be completed by the Court)

Smci area1 Deputy warden Hicks

Smci area1 Deputy warden miller

Smci Deputy Direcfer Crawford  CID

Commissioner Burl Cain

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.    At the time of the incident complained of in this complaint, were you incarcerated?
      Yes (✗)     No (  )

B.    Are you presently incarcerated?
      Yes (✗)     No (  )

C.    At the time of the incident complained of in this complaint, were you incarcerated because
      you had been convicted of a crime?
      Yes (✗)     No (  )

D.    Are you presently incarcerated for a parole or probation violation?
      Yes (  )     No (✗)

E.    At the time of the incident complained of in this complaint, were you an inmate of the
      Mississippi Department of Corrections (MDOC)?
      Yes (✗)     No (  )

F.    Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
      Yes (✗)     No (  )

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Justin Dewayne Dickerson       Prisoner Number: 232596

  Address: Wilkinson County Correctional Facility

        Post office box 1889

        Woodville, ms 39669

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Brand Huffman       is employed as  Superintendent

  _____ at South mississippi Correctional

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s).  Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                           ADDRESS:
Justin Dewayne Dickerson        post office box 1889 - Woodville, ms 39669

DEFENDANT(S):

NAME:                                   ADDRESS:
Smct  Area 1 Deputy warden Hicks        post office box 1419
Smct  Area 1 Deputy warden miller       Leakesville, ms
Smct  CID Director Crawford             _____
Commissioner Burl Cain                  301 north Lamar Street  Jackson, ms 39201
                                        other Defendants - See Attached pages

Page 2 of 4

Other Defendants

mississippi Department of Corrections          301 north Larmar Sto
                                               ) Jackson, ms 39201

mDOC Deputy Commissioner of I          John Hunt

~~noise~~ Brand Huffman  -  post office box 1419 - leakesville, ms 39

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.    Have you ever filed any lawsuits in a court of the United States?    Yes (    )   No ( ✓ )

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
  1.    Parties to the action:_____

  _____

  2.    Court (if federal court, name the district; if state court, name the county):_____

  _____

  3.    Docket Number:_____

  4.    Name of judge to whom case was assigned:_____

  5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

  _____

CASE NUMBER 2.
  1.    Parties to the action:_____

  _____

  2.    Court (if federal court, name the district; if state court, name the county):_____

  _____

  3.    Docket Number:_____

  4.    Name of judge to whom case was assigned:_____

  5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

  _____

Page 3 of 4

**STATEMENT OF CLAIM**

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

- See Attached pages - Titled Statement of Claim

**RELIEF**

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

- See Attached pages - Titled Relief

Signed this _____ day of _____, 20_____.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

Page 4 of 4

## Statement of Claim

on ____ 2024 MDOC inmate Justin Dewayne Dickerson was hit in the Jaw on the leif side of his face by a gang afiliated Inmate know as Slim in SMCI Area I unit 9, A Zone and at that time inmate Justin Dewayne Dickerson Went out into the hallway to Casemanger Crawford (wife of CID Directer) at the time Casemanger Crawford saw the mark on the side of Dickerson's face She informed him to go to the officer Dan Because it is nothing She Could do for him , officer dan Come out of the Tower to See What Mr. Dickerson needed , Mr Dickerson informed him he was hit in the Jaw By inmate known as Slim So he Called Medical and sent Mr Dickerson to Area I infermery So when Mr dickerson Went up to the infermery and the nerse practitioner informed Mr Dickerson She was refering him to see Dental (Which as of this Date Mr dickerson has not been seen) Then Capt. A leverette Sent Mr dickerson to Area I Admin to See Warden Miller , Warden Miller pulled the Comrea and moved Mr Dickerson but Never allowed him to Do a redtag the inmate that hit him the Jaw also CID Director Crawford, Deputy Warden hicks, Brand huffman and Wrote MDOC Commissioner Burl Cavin and MDOC Deputy Commissioner of Inst. John Hunt and to no avel. Was he allowed to File Charges or redtag the inmate that Jumped on him

also Inmate known as Slim is Calling me a Child Molester , Saying I should be raped and killed , it has gotten to where i Can barily go to church Services or to the gym Because of the slander and threts

## Relief

not allowed to be housed back at smcI Due to me geting
Jumped on and Staff not wanting to do anything about it
and $50,000.00 Tome togeter to All Defendants